B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hoernecke, Todd F | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Hoernecke, Alberta F |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA T.H.P.D.L.S. d/b/a Carpet One Flooring | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8325 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0992 |
| Street Address of Debtor (No. and Street, City, and State):<br>10892 Saddle Path Road<br>Belvidere, IL                 ZIP Code 61008 | Street Address of Joint Debtor (No. and Street, City, and State):<br>10892 Saddle Path Road<br>Belvidere, IL                 ZIP Code 61008 |
| County of Residence or of the Principal Place of Business:<br>Boone | County of Residence or of the Principal Place of Business:<br>Boone |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hoernecke, Todd F <br> Hoernecke, Alberta F |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  /s/ JEFFRY A. DAHLBERG _____ July 17, 2009 <br> Signature of Attorney for Debtor(s)                    (Date) <br> JEFFRY A. DAHLBERG |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hoernecke, Todd F<br>Hoernecke, Alberta F |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Todd F Hoernecke
_____
Signature of Debtor  Todd F Hoernecke

X    /s/ Alberta F Hoernecke
_____
Signature of Joint Debtor Alberta F Hoernecke

_____
Telephone Number (If not represented by attorney)

July 17, 2009
_____
Date

### Signature of Attorney*

X    /s/ JEFFRY A. DAHLBERG
_____
Signature of Attorney for Debtor(s)

JEFFRY A. DAHLBERG
_____
Printed Name of Attorney for Debtor(s)

Balsley & Dahlberg, LLP
_____
Firm Name
5130 North Second Street
Loves Park, IL 61111

_____
Address

Email: www.balsleylawoffice.com
(815) 877-2593  Fax: (815) 877-7965
_____
Telephone Number

July 17, 2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐  Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Todd F Hoernecke
Alberta F Hoernecke
_____  Case No. _____
Debtor(s)  Chapter  7  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Todd F Hoernecke
                         Todd F Hoernecke
Date:    July 17, 2009

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Todd F Hoernecke
_____ Alberta F Hoernecke _____      Case No. _____
                                              Debtor(s)          Chapter    7   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Alberta F Hoernecke
                        Alberta F Hoernecke

Date:    July 17, 2009

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Todd F Hoernecke,               Case No. _____

           Alberta F Hoernecke

_____,     Chapter_____7_____

                            Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 22,135.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 2,573,345.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,319.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,246.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 22,135.00 | | |
| Total Liabilities | | | | 2,579,345.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   Todd F Hoernecke,                       Case No. _____
        Alberta F Hoernecke

                                         Debtors    ,    Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,319.00 |
| Average Expenses (from Schedule J, Line 18) | 1,246.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,125.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,573,345.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,573,345.94 |

B6A (Official Form 6A) (12/07)

.

In re    Todd F Hoernecke,                                    Case No. _____
         Alberta F Hoernecke
   _____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| __0__  continuation sheets attached to the Schedule of Real Property | | | |
| | (Report also on Summary of Schedules) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Todd F Hoernecke,                                    Case No. _____
         Alberta F Hoernecke
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Associated Bank - checking | J | 200.00 |
| | | | Associated Bank - checking | H | 300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods and furnishings | J | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing and personal items | J | 1,000.00 |
| 7. | Furs and jewelry. | | Wedding Rings | J | 50.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          3,550.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Todd F Hoernecke,                                          Case No. _____
         Alberta F Hoernecke
                                                              ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension Specialist IRA | J | 535.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 333 1/3 shares of T.H.P.D.L.S. d/b/a Carpet One Flooring Center | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Anticipated income tax refund | J | 5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Larry Sheilds and Pat Delahantey/  uncollectable claim for business interest in T.H.P.D.L.S. | J | 0.00 |

Sub-Total >      5,535.00
(Total of this page)

Sheet  1  of  2  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Todd F Hoernecke,                                    Case No. _____
         Alberta F Hoernecke

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Nissan Pathfinder | J | 7,300.00 |
| | | 1988 Oldsmobile Sierra | J | 200.00 |
| | | 2000 Chevrolet Camaro | J | 3,000.00 |
| | | 1989 Buick Park Avenue | J | 50.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Miscellaneous Knick Knacks | J | 2,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 13,050.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 22,135.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    Todd F Hoernecke,                                    Case No. _____
         Alberta F Hoernecke
                                                        ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| Misc. household goods and furnishings | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Clothing and personal items | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Wedding Rings | 735 ILCS 5/12-1001(a) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Pension Specialist IRA | 735 ILCS 5/12-1006 | 100% | 535.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Anticipated income tax refund | 735 ILCS 5/12-1001(b) | 4,350.00 | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1988 Oldsmobile Sierra | 735 ILCS 5/12-1001(c) | 200.00 | 200.00 |
| 2000 Chevrolet Camaro | 735 ILCS 5/12-1001(c) | 2,400.00 | 3,000.00 |
| | 735 ILCS 5/12-1001(b) | 600.00 | |
| 1989 Buick Park Avenue | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Inventory** | | | |
| Miscellaneous Knick Knacks | 735 ILCS 5/12-1001(d) | 1,500.00 | 2,500.00 |
| | 735 ILCS 5/12-1001(b) | 1,000.00 | |

|  | | Total: | 13,685.00 | 14,335.00 |

_0_   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   Todd F Hoernecke,                                    Case No. _____

         Alberta F Hoernecke

_____,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 9-15-05 | | | | | |
| NORTHWEST BANK OF ROCKFORD 3106 North Rockton Avenue Rockford, IL 61103 | | J | | Purchase Money Security 2001 Nissan Pathfinder | | | | | |
| | | | | Value $          7,300.00 | | | | 6,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

_0_  continuation sheets attached

|  | Subtotal (Total of this page) | 6,000.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 6,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re   Todd F Hoernecke,                                              Case No. _____
        Alberta F Hoernecke
                                                                        ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Todd F Hoernecke,    Case No. _____
         Alberta F Hoernecke
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br> ACCOUNT RECOVERY SERVICE <br> 5183 Harlem Road <br> Loves Park, IL 61111 | | | J | | collections for RHS Anesthesiologists, Kyle Cushing Psy., and other misc. accounts | | | | 2,603.01 |
| Account No. <br><br> ACCOUNTS RECEIVABLE MANAGEMENT <br> 7507 North Second Street, Unit C <br> Machesney Park, IL 61115 | | | J | | collections for Dr. Kurt Jensen, and other misc. accounts | | | | 944.00 |
| Account No. <br><br> ALL TILE <br> P.O. Box 809244 <br> Chicago, IL 60680-9244 | X | | J | | liability on business debt | | | | 58,883.96 |
| Account No. <br><br> ALLIED BUSINESS ACCOUNTS, INC. <br> 300 1/2 South Second Street <br> P.O. Box 1600 <br> Clinton, IA 52733 | | | J | | collections for Rockford Healt Systems, Rockford Memorial Hospital, Rockford Clinic, Rockford Healthy Physicians, and other misc. accounts | | | | 6,894.00 |

__14__  continuation sheets attached

Subtotal
(Total of this page)                    69,324.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:24463-090622    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                                    Case No. _____
         Alberta F Hoernecke
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | liability on business debt | | | | |
| AMERICAN OLEAN 805 Mark Street Elk Grove Village, IL 60007 | X | J | | | | | | 4,455.67 |
| Account No. | | | | liability on business debt | | | | |
| ARMSTRONG WORLD INC. P.O. Box 3001 Lancaster, PA 17603 | X | J | | | | | | 1,145.47 |
| Account No. | | | | collections for City of Janesville Fire Department, and other misc. accounts | | | | |
| ASSOCIATED COLLECTORS, INC. 113 W. Milwaukee Street P.O. Box 1039 Janesville, WI 53545 | | J | | | | | | 704.00 |
| Account No. | | | | collections for AT&T, and other misc. accounts | | | | |
| AT&T CREDIT MANAGEMENT P.O. Box 80517 Charleston, SC 29416-0517 | | J | | | | | | 59.00 |
| Account No. | | | | liability on business debt | | | | |
| ATHLETIC WORLD P.O. Box 8730 Fayetteville, AR 72703-0013 | X | J | | | | | | 150.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)      6,514.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd F Hoernecke,                                                    Case No. _____
        Alberta F Hoernecke

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | liability on business debt | | | | |
| AUDIO ENGINEERING 5155 Torque Drive Loves Park, IL 61111 | X | J | | | | | | 427.50 |
| Account No. | | | | liability on business debt | | | | |
| BEAULIEU Dept. 0896 Dallas, TX 75312-0896 | X | J | | | | | | 12,843.08 |
| Account No. | | | | liability on business debt | | | | |
| BELMONDO 129 Seegers Avenue Elk Grove Village, IL 60007 | X | J | | | | | | 5,557.05 |
| Account No. | | | | liability on business debt | | | | |
| BYRON FEST 106 North Union Byron, IL 61010-0405 | X | J | | | | | | 4,000.00 |
| Account No. | | | | liability on business debt | | | | |
| CARPENTER COMPANY P.O. Box 75252 Charlotte, NC 28275-0252 | X | J | | | | | | 1,960.20 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,787.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd F Hoernecke,                                      Case No. _____
       Alberta F Hoernecke
                                                        ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | liability on business debt | | | | |
| CARPET ART DECO P.O. Box 2365 St. Patrick Street Montreal Quebec H 3 K 1 B 3 Canada | X | J | | | | | | | 239.88 |
| Account No. | | | | | liability on business debt | | | | |
| CARPET ONE MARKETING P.O. Box 790217 Saint Louis, MO 63179-0217 | X | J | | | | | | | 2,128.60 |
| Account No. | | | | | liability on business debt | | | | |
| CARPET ONE ST. LOUIS P.O. Box 790217 Saint Louis, MO 63179 | X | J | | | | | | | 4,616.08 |
| Account No. | | | | | liability on business debt | | | | |
| CBA TIRE P.O. Box 5948 Carol Stream, IL 60197-5948 | X | J | | | | | | | 781.75 |
| Account No. | | | | | liability on business debt | | | | |
| CCA GLOBAL PARTNERS P.O. Box 503855 Saint Louis, MO 63150-3855 | X | J | | | | | | | 800.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,566.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                                     Case No. _____
         Alberta F Hoernecke
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | liability on business debt | | | | |
| CCS 24193 Newtwork Drive Chicago, IL 60673-1241 | X | J | | | | | | 196.32 |
| Account No. | | | | liability on business debt | | | | |
| CENTRAL SUPPLIES P.O. Box 5267 Englewood, NJ 07631 | X | J | | | | | | 562.67 |
| Account No. | | | | liability on business debt | | | | |
| COLOSSEUM STONE, INC. 16315 Hickory Circle Sycamore, IL 60178 | X | J | | | | | | 3,030.00 |
| Account No. | | | | liability on business debt | | | | |
| COMMONWEALTH EDISON COMPANY Attention: Credit Department 2100 Swift Drive Oak Brook, IL 60523 | X | J | | | | | | 2,139.46 |
| Account No. | | | | liability on business debt | | | | |
| CRAIG CURRY & ASSOCIATES P.O. Box 348 Plainfield, IL 60544-9614 | X | J | | | | | | 1,150.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,078.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                              Case No. _____
          Alberta F Hoernecke
                                                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | J | collections for Rockford Health Physicians, and other misc. accounts | | | | |
| CREDITORS' PROTECTION SERVICE 202 W. State St, 3rd Floor P.O. Box 4115 Rockford, IL 61110 | | | | | | | 1,463.00 |
| Account No. | X | J | liability on business debt | | | | |
| CRESCENT TRANS P.O. Box 470 Astatula, FL 34705 | | | | | | | 391.32 |
| Account No. | X | J | liability on business debt | | | | |
| DALYN RUG P.O. Box 1031 Dalton, GA 30722 | | | | | | | 3,590.32 |
| Account No. | X | J | liability on business debt | | | | |
| DANA ZURBUCHEN 485 Cross Country Road Verona, WI 53593 | | | | | | | 387.68 |
| Account No. | X | J | liability on business debt | | | | |
| DR. STILLWATER 11065 Raleigh Court Machesney Park, IL 61115 | | | | | | | 792.88 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        6,625.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd F Hoernecke,                                      Case No. _____
       Alberta F Hoernecke
                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | liability on business debt | | | | |
| ERICKSONS FLOORING 1013 Orchard Street Ferndale, MI 48220 | X | J | | | | | 17,505.38 |
| Account No. | | | 2009 L 35 | | | | |
| FLORSTAR SALES, INC. c/o Attorney Shawn C. Fulbright P.O. Box 1510 Rockford, IL 61110 | X | J | | | | | 68,550.02 |
| Account No. | | | liability on business debt | | | | |
| FRIDH CORP. 111 South Alpine Road Rockford, IL 61108 | X | J | | | | | 71,000.00 |
| Account No. | | | liability on business debt | | | | |
| GREEN CHOICE FLOORING 6227 136th Avenue Holland, MI 49424 | X | J | | | | | 2,840.03 |
| Account No. | | | liability on business debt | | | | |
| GULISTAN P.O. Box 651355 Charlotte, NC 28265-1355 | X | J | | | | | 14,108.41 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174,003.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                                           Case No. _____
         Alberta F Hoernecke
                                                                            ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | liability on business debt | | | | |
| HAPPY FLOORS 180 NW 183rd Street Miami, FL 33169 | X | J | | | | | 9,200.84 |
| Account No. | | | liability on business debt | | | | |
| HAROLD STERN 900 Fairview Road Highland Park, IL 60035 | X | J | | | | | 971.00 |
| Account No. | | | liability on business debt | | | | |
| HERREGAN 930 Surreyway Cincinnati, OH 45245 | X | J | | | | | 36,478.09 |
| Account No. | | | liability on business debt | | | | |
| HOLMSTROM & KENNEDY 800 N. Church Street Belvidere, IL 61008 | X | J | | | | | 500.00 |
| Account No. | | | liability on business debt | | | | |
| INDIANA INSURANCE P.O. Box 2050 Keene, NH 03431 | X | J | | | | | 4,458.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                51,607.93

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                    Case No. _____
         Alberta F Hoernecke
_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 LM 190 | | | | |
| JAECKLE WHOLESALE INC. Barrick Switzer Long Balsley & Van 6833 Stalter Dr., 1st Floor Rockford, IL 61108 | X | | J | | | | | | 79,566.50 |
| Account No. | | | | | liability on business debt | | | | |
| KANE CARPET 125 North Industrial Blvd. Calhoun, GA 30701 | X | | J | | | | | | 341.57 |
| Account No. | | | | | collections for Mercy Hospital, M.H.S. Physicians, and other misc. accounts | | | | |
| KEY FINANCIAL SERVICES 5315 Wall Street, #170 Madison, WI 53718 | | | J | | | | | | 1,206.00 |
| Account No. | | | | | liability on business debt | | | | |
| L.W. MOUNTAIN HARD 1615 Dundee Avenue Elgin, IL 60120 | X | | J | | | | | | 4,504.04 |
| Account No. | | | | | liability on business debt | | | | |
| LOCKWOOD FLOORING 8249 Brentwood Industrial Dist. Saint Louis, MO 63144 | X | | J | | | | | | 139.44 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        85,757.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd F Hoernecke,                                           Case No. _____
        Alberta F Hoernecke
                                                                ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | liability on business debt | | | | |
| LOVES PARK CHIRO 421 River Lane Loves Park, IL 61111 | X | J | | | | | | | 915.00 |
| Account No. | | | | | liability on business debt | | | | |
| MCGREEVY, JOHNSON & WILLIAMS, P.C. P.O. Box 2903 Rockford, IL 61132-2903 | X | J | | | | | | | 5,011.38 |
| Account No. | | | | | liability on business debt | | | | |
| MID AMERICA TILE 1650 Howard Street Elk Grove Village, IL 60007 | X | J | | | | | | X | 3,703.49 |
| Account No. | | | | | liability on business debt | | | | |
| MILLIKEN P.O. Box 7247-8959 Philadelphia, PA 19170 | X | J | | | | | | | 2,140.16 |
| Account No. | | | | | liability on business debt | | | | |
| MOHAWK P.O. Box 91157 Chicago, IL 60693-1157 | X | J | | | | | | | 219,695.42 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            231,465.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd F Hoernecke,                                    Case No. _____
       Alberta F Hoernecke
                                                        ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | liability on business debt | | | | |
| NICOR GAS COMPANY P.O. Box 549 Aurora, IL 60507 | X | J | | | | | | 2,351.45 |
| Account No. | | | | liability on business debt | | | | |
| NORTHWEST BANK OF ROCKFORD 3106 North Rockton Avenue Rockford, IL 61103 | X | J | | | | | | 1,850,000.00 |
| Account No. | | | | liability on business debt | | | | |
| NOURISON Newark P.O. Newark, NJ 07193-5651 | X | J | | | | | | 743.11 |
| Account No. | | | | liability on business debt | | | | |
| ON THE WATERFRONT 308 West State Street Rockford, IL 61101 | X | J | | | | | | 9,688.00 |
| Account No. | | | | liability on business debt | | | | |
| ORIENTAL WEAVERS P.O. Box 740209 Atlanta, GA 30374-0209 | X | J | | | | | | 2,540.38 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         1,865,322.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,    Case No. _____
         Alberta F Hoernecke
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | liability on business debt | | | | |
| PERSONAL CARE INSURANCE P.O. Box 67103 Harrisburg, PA 17106-7103 | X | J | | | | | | 5,400.00 |
| Account No. | | | | liability on business debt | | | | |
| PLAINUM MARKETING 1700 Qunicy Avenue Naperville, IL 60540 | X | J | | | | | | 698.50 |
| Account No. | | | | collections for U.S. Cellular, and other misc. accounts | | | | |
| PORTFOLIO RECOVERY 120 Corporate Boulevard Norfolk, VA 23502 | | J | | | | | | 306.11 |
| Account No. | | | | liability on business debt | | | | |
| PORTOBELLO 255 Beinoris Drive Wood Dale, IL 60191 | X | J | | | | | | 3,300.00 |
| Account No. | | | | liability on business debt | | | | |
| QUEST SOFTWARE P.O. Box 860 Sandy, UT 84091 | X | J | | | | | | 324.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,028.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd F Hoernecke,                                          Case No. _____
       Alberta F Hoernecke
_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | liability on business debt | | | | |
| R.M.S. 77 Hartland Street, Suite 401 P.O. Box 280431 East Hartford, CT 06128-0431 | X | | J | | | | | 101.80 |
| Account No. | | | | liability on business debt | | | | |
| ROCK RIVER DISPOSAL 4002 South Main Street Rockford, IL 61102-4664 | X | | J | | | | | 7,678.55 |
| Account No. | | | | collections for Rockford Radiology, and other misc. accounts | | | | |
| ROCKFORD MERCANTILE AGENCY 2502 S. Alpine Road Rockford, IL 61108 | | | J | | | | | 242.00 |
| Account No. | | | | liability on business debt | | | | |
| ROCKFORD REGISTER STAR 99 East State Street Rockford, IL 61104 | X | | J | | | | | 408.20 |
| Account No. | | | | liability on business debt | | | | |
| SHAW 12978 Collection Center Drive Fond Du Lac, WI 54936-1029 | X | | J | | | | | 3,588.16 |

Sheet no. __12__ of __14__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)          12,018.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                                    Case No. _____
         Alberta F Hoernecke
                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | liability on business debt | | | | |
| SOCIETY INSURANCE 150 Camelot Drive Fond Du Lac, WI 54936-1029 | X | J | | | | | | 3,588.16 |
| Account No. | | | | liability on business debt | | | | |
| SUPERIOR LIQUIDATIONS P.O. Box 370850 Reseda, CA 91337 | X | J | | | | | | 499.66 |
| Account No. | | | | liability on business debt | | | | |
| SURFACE TRANSPLANT P.O. Box 250806 Milwaukee, WI 53225-6512 | X | J | | | | | | 1,643.31 |
| Account No. | | | | liability on business debt | | | | |
| TWIN CITY SUPPLY P.O. Box 6011 Rockford, IL 61125 | X | J | | | | | | 1,383.38 |
| Account No. | | | | liability on business debt | | | | |
| UNISORCE 7472 Collection Center Drive Chicago, IL 60693 | X | J | | | | | | 2,144.96 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              9,259.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd F Hoernecke,                                              Case No. _____
         Alberta F Hoernecke
                                                           ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | liability on business debt | | | | |
| UNITED FLOORING 6201 Material Avenue Loves Park, IL 61111 | X | J | | | | | 4,380.04 |
| Account No. | | | liability on business debt | | | | |
| VILLAGE PROFILE 33 North Geneva Street Elgin, IL 60120 | X | J | | | | | 755.00 |
| Account No. | | | liability on business debt | | | | |
| VIRGINIA TILE Drawer 5854 Detroit, MI 48279-5854 | | J | | | | | 603.50 |
| Account No. | | | liability on business debt | | | | |
| WILCOPP & GIOLITTO 415 South Mulford Road Rockford, IL 61108 | X | J | | | | | 4,950.00 |
| Account No. | | | liability on business debt | | | | |
| YELLOW PAGES INC. P.O. Box 60007 Anaheim, CA 92812-6007 | X | J | | | | | 296.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 10,984.54 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,573,345.94 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Todd F Hoernecke,                                                Case No. _____
         Alberta F Hoernecke

_____,
                                        Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Todd F Hoernecke,                                    Case No. _____
        Alberta F Hoernecke
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | UNITED FLOORING<br>6201 Material Avenue<br>Loves Park, IL 61111 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | UNISORCE<br>7472 Collection Center Drive<br>Chicago, IL 60693 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | TWIN CITY SUPPLY<br>P.O. Box 6011<br>Rockford, IL 61125 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | SURFACE TRANSPLANT<br>P.O. Box 250806<br>Milwaukee, WI 53225-6512 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | SUPERIOR LIQUIDATIONS<br>P.O. Box 370850<br>Reseda, CA 91337 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | SHAW<br>12978 Collection Center Drive<br>Fond Du Lac, WI 54936-1029 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ROCKFORD REGISTER STAR<br>99 East State Street<br>Rockford, IL 61104 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ROCK RIVER DISPOSAL<br>4002 South Main Street<br>Rockford, IL 61102-4664 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | QUEST SOFTWARE<br>P.O. Box 860<br>Sandy, UT 84091 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | PORTOBELLO<br>255 Beinoris Drive<br>Wood Dale, IL 60191 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | PLAINUM MARKETING<br>1700 Qunicy Avenue<br>Naperville, IL 60540 |

10
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    Todd F Hoernecke,                              Case No. _____

         Alberta F Hoernecke

                                         Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | PERSONAL CARE INSURANCE<br>P.O. Box 67103<br>Harrisburg, PA 17106-7103 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ORIENTAL WEAVERS<br>P.O. Box 740209<br>Atlanta, GA 30374-0209 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ON THE WATERFRONT<br>308 West State Street<br>Rockford, IL 61101 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | NOURISON<br>Newark P.O.<br>Newark, NJ 07193-5651 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | NICOR GAS COMPANY<br>P.O. Box 549<br>Aurora, IL 60507 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | MOHAWK<br>P.O. Box 91157<br>Chicago, IL 60693-1157 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | MILLIKEN<br>P.O. Box 7247-8959<br>Philadelphia, PA 19170 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | MID AMERICA TILE<br>1650 Howard Street<br>Elk Grove Village, IL 60007 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | MCGREEVY, JOHNSON & WILLIAMS, P.C.<br>P.O. Box 2903<br>Rockford, IL 61132-2903 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | LOVES PARK CHIRO<br>421 River Lane<br>Loves Park, IL 61111 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | LOCKWOOD FLOORING<br>8249 Brentwood Industrial Dist.<br>Saint Louis, MO 63144 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | L.W. MOUNTAIN HARD<br>1615 Dundee Avenue<br>Elgin, IL 60120 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | KANE CARPET<br>125 North Industrial Blvd.<br>Calhoun, GA 30701 |

Sheet ___1___ of ___10___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Todd F Hoernecke,                                  Case No. _____

        Alberta F Hoernecke

                                   Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | INDIANA INSURANCE<br>P.O. Box 2050<br>Keene, NH 03431 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | JAECKLE WHOLESALE INC.<br>Barrick Switzer Long Balsley & Van<br>6833 Stalter Dr., 1st Floor<br>Rockford, IL 61108 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | HOLMSTROM & KENNEDY<br>800 N. Church Street<br>Belvidere, IL 61008 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | HERREGAN<br>930 Surreyway<br>Cincinnati, OH 45245 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | HAROLD STERN<br>900 Fairview Road<br>Highland Park, IL 60035 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | HAPPY FLOORS<br>180 NW 183rd Street<br>Miami, FL 33169 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | GULISTAN<br>P.O. Box 651355<br>Charlotte, NC 28265-1355 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | GREEN CHOICE FLOORING<br>6227 136th Avenue<br>Holland, MI 49424 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | FRIDH CORP.<br>111 South Alpine Road<br>Rockford, IL 61108 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | FLORSTAR SALES, INC.<br>c/o Attorney Shawn C. Fulbright<br>P.O. Box 1510<br>Rockford, IL 61110 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ERICKSONS FLOORING<br>1013 Orchard Street<br>Ferndale, MI 48220 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | DR. STILLWATER<br>11065 Raleigh Court<br>Machesney Park, IL 61115 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | DANA ZURBUCHEN<br>485 Cross Country Road<br>Verona, WI 53593 |

Sheet   2   of   10   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Todd F Hoernecke,                                  Case No. _____

        Alberta F Hoernecke

                                          ,

                            Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | DALYN RUG<br>P.O. Box 1031<br>Dalton, GA 30722 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CRESCENT TRANS<br>P.O. Box 470<br>Astatula, FL 34705 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CRAIG CURRY & ASSOCIATES<br>P.O. Box 348<br>Plainfield, IL 60544-9614 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | COMMONWEALTH EDISON COMPANY<br>Attention: Credit Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | COLOSSEUM STONE, INC.<br>16315 Hickory Circle<br>Sycamore, IL 60178 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CENTRAL SUPPLIES<br>P.O. Box 5267<br>Englewood, NJ 07631 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CCS<br>24193 Newtwork Drive<br>Chicago, IL 60673-1241 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CCA GLOBAL PARTNERS<br>P.O. Box 503855<br>Saint Louis, MO 63150-3855 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CBA TIRE<br>P.O. Box 5948<br>Carol Stream, IL 60197-5948 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CARPET ONE ST. LOUIS<br>P.O. Box 790217<br>Saint Louis, MO 63179 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CARPET ONE MARKETING<br>P.O. Box 790217<br>Saint Louis, MO 63179-0217 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CARPET ART DECO<br>P.O. Box 2365 St. Patrick Street<br>Montreal Quebec H 3 K 1 B 3 Canada |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | CARPENTER COMPANY<br>P.O. Box 75252<br>Charlotte, NC 28275-0252 |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    Todd F Hoernecke,                                          Case No. _____
         Alberta F Hoernecke
_____ ,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | BYRON FEST<br>106 North Union<br>Byron, IL 61010-0405 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | BELMONDO<br>129 Seegers Avenue<br>Elk Grove Village, IL 60007 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | BEAULIEU<br>Dept. 0896<br>Dallas, TX 75312-0896 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | AUDIO ENGINEERING<br>5155 Torque Drive<br>Loves Park, IL 61111 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ATHLETIC WORLD<br>P.O. Box 8730<br>Fayetteville, AR 72703-0013 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ARMSTRONG WORLD INC.<br>P.O. Box 3001<br>Lancaster, PA 17603 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | AMERICAN OLEAN<br>805 Mark Street<br>Elk Grove Village, IL 60007 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | ALL TILE<br>P.O. Box 809244<br>Chicago, IL 60680-9244 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | VILLAGE PROFILE<br>33 North Geneva Street<br>Elgin, IL 60120 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | WILCOPP & GIOLITTO<br>415 South Mulford Road<br>Rockford, IL 61108 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | YELLOW PAGES INC.<br>P.O. Box 60007<br>Anaheim, CA 92812-6007 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | NORTHWEST BANK OF ROCKFORD<br>3106 North Rockton Avenue<br>Rockford, IL 61103 |
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | R.M.S.<br>77 Hartland Street, Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 |

Sheet __4__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   Todd F Hoernecke,                              Case No. _____
        Alberta F Hoernecke

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LARRY SHIELDS<br>1224 Windergreen Drive<br>Belvidere, IL 61008 | SOCIETY INSURANCE<br>150 Camelot Drive<br>Fond Du Lac, WI 54936-1029 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | UNITED FLOORING<br>6201 Material Avenue<br>Loves Park, IL 61111 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | UNISORCE<br>7472 Collection Center Drive<br>Chicago, IL 60693 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | TWIN CITY SUPPLY<br>P.O. Box 6011<br>Rockford, IL 61125 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | SURFACE TRANSPLANT<br>P.O. Box 250806<br>Milwaukee, WI 53225-6512 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | SUPERIOR LIQUIDATIONS<br>P.O. Box 370850<br>Reseda, CA 91337 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | SHAW<br>12978 Collection Center Drive<br>Fond Du Lac, WI 54936-1029 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ROCKFORD REGISTER STAR<br>99 East State Street<br>Rockford, IL 61104 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ROCK RIVER DISPOSAL<br>4002 South Main Street<br>Rockford, IL 61102-4664 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | QUEST SOFTWARE<br>P.O. Box 860<br>Sandy, UT 84091 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | PORTOBELLO<br>255 Beinoris Drive<br>Wood Dale, IL 60191 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | PLAINUM MARKETING<br>1700 Qunicy Avenue<br>Naperville, IL 60540 |

Sheet __5__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re      Todd F Hoernecke,                                                    Case No. _____
      Alberta F Hoernecke
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | PERSONAL CARE INSURANCE<br>P.O. Box 67103<br>Harrisburg, PA 17106-7103 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ORIENTAL WEAVERS<br>P.O. Box 740209<br>Atlanta, GA 30374-0209 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ON THE WATERFRONT<br>308 West State Street<br>Rockford, IL 61101 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | NOURISON<br>Newark P.O.<br>Newark, NJ 07193-5651 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | NICOR GAS COMPANY<br>P.O. Box 549<br>Aurora, IL 60507 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | MOHAWK<br>P.O. Box 91157<br>Chicago, IL 60693-1157 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | MILLIKEN<br>P.O. Box 7247-8959<br>Philadelphia, PA 19170 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | MID AMERICA TILE<br>1650 Howard Street<br>Elk Grove Village, IL 60007 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | MCGREEVY, JOHNSON & WILLIAMS, P.C.<br>P.O. Box 2903<br>Rockford, IL 61132-2903 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | LOVES PARK CHIRO<br>421 River Lane<br>Loves Park, IL 61111 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | LOCKWOOD FLOORING<br>8249 Brentwood Industrial Dist.<br>Saint Louis, MO 63144 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | L.W. MOUNTAIN HARD<br>1615 Dundee Avenue<br>Elgin, IL 60120 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | KANE CARPET<br>125 North Industrial Blvd.<br>Calhoun, GA 30701 |

Sheet __6__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    Todd F Hoernecke,                                  Case No. _____

         Alberta F Hoernecke

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | INDIANA INSURANCE<br>P.O. Box 2050<br>Keene, NH 03431 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | JAECKLE WHOLESALE INC.<br>Barrick Switzer Long Balsley & Van<br>6833 Stalter Dr., 1st Floor<br>Rockford, IL 61108 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | HOLMSTROM & KENNEDY<br>800 N. Church Street<br>Belvidere, IL 61008 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | HERREGAN<br>930 Surreyway<br>Cincinnati, OH 45245 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | HAROLD STERN<br>900 Fairview Road<br>Highland Park, IL 60035 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | HAPPY FLOORS<br>180 NW 183rd Street<br>Miami, FL 33169 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | GULISTAN<br>P.O. Box 651355<br>Charlotte, NC 28265-1355 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | GREEN CHOICE FLOORING<br>6227 136th Avenue<br>Holland, MI 49424 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | FRIDH CORP.<br>111 South Alpine Road<br>Rockford, IL 61108 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | FLORSTAR SALES, INC.<br>c/o Attorney Shawn C. Fulbright<br>P.O. Box 1510<br>Rockford, IL 61110 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ERICKSONS FLOORING<br>1013 Orchard Street<br>Ferndale, MI 48220 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | DR. STILLWATER<br>11065 Raleigh Court<br>Machesney Park, IL 61115 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | DANA ZURBUCHEN<br>485 Cross Country Road<br>Verona, WI 53593 |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re     Todd F Hoernecke,                                                          Case No. _____
          Alberta F Hoernecke
_____,
                                          Debtors
                        **SCHEDULE H - CODEBTORS**
                              (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | DALYN RUG<br>P.O. Box 1031<br>Dalton, GA 30722 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CRESCENT TRANS<br>P.O. Box 470<br>Astatula, FL 34705 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CRAIG CURRY & ASSOCIATES<br>P.O. Box 348<br>Plainfield, IL 60544-9614 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | COMMONWEALTH EDISON COMPANY<br>Attention: Credit Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | COLOSSEUM STONE, INC.<br>16315 Hickory Circle<br>Sycamore, IL 60178 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CENTRAL SUPPLIES<br>P.O. Box 5267<br>Englewood, NJ 07631 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CCS<br>24193 Newtwork Drive<br>Chicago, IL 60673-1241 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CCA GLOBAL PARTNERS<br>P.O. Box 503855<br>Saint Louis, MO 63150-3855 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CBA TIRE<br>P.O. Box 5948<br>Carol Stream, IL 60197-5948 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CARPET ONE ST. LOUIS<br>P.O. Box 790217<br>Saint Louis, MO 63179 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CARPET ONE MARKETING<br>P.O. Box 790217<br>Saint Louis, MO 63179-0217 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CARPET ART DECO<br>P.O. Box 2365 St. Patrick Street<br>Montreal Quebec H 3 K 1 B 3 Canada |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | CARPENTER COMPANY<br>P.O. Box 75252<br>Charlotte, NC 28275-0252 |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    Todd F Hoernecke,                                        Case No. _____
         Alberta F Hoernecke

_____,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | BYRON FEST<br>106 North Union<br>Byron, IL 61010-0405 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | BELMONDO<br>129 Seegers Avenue<br>Elk Grove Village, IL 60007 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | BEAULIEU<br>Dept. 0896<br>Dallas, TX 75312-0896 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | AUDIO ENGINEERING<br>5155 Torque Drive<br>Loves Park, IL 61111 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ATHLETIC WORLD<br>P.O. Box 8730<br>Fayetteville, AR 72703-0013 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ARMSTRONG WORLD INC.<br>P.O. Box 3001<br>Lancaster, PA 17603 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | AMERICAN OLEAN<br>805 Mark Street<br>Elk Grove Village, IL 60007 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | ALL TILE<br>P.O. Box 809244<br>Chicago, IL 60680-9244 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | VILLAGE PROFILE<br>33 North Geneva Street<br>Elgin, IL 60120 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | WILCOPP & GIOLITTO<br>415 South Mulford Road<br>Rockford, IL 61108 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | YELLOW PAGES INC.<br>P.O. Box 60007<br>Anaheim, CA 92812-6007 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | NORTHWEST BANK OF ROCKFORD<br>3106 North Rockton Avenue<br>Rockford, IL 61103 |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | R.M.S.<br>77 Hartland Street, Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 |

Sheet __9__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    Todd F Hoernecke,                                           Case No. _____
         Alberta F Hoernecke

_____,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| PATRICK DELEHANTY<br>4407 East Open View Drive, #2653<br>Byron, IL 61010 | SOCIETY INSURANCE<br>150 Camelot Drive<br>Fond Du Lac, WI 54936-1029 |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Todd F Hoernecke
       Alberta F Hoernecke                                              Case No.
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): son | AGE(S): 15 yrs. |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | sales |
| Name of Employer | NOT EMPLOYED | SELF EMPLOYED |
| How long employed | | 6 yrs. |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 753.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 753.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 125.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 125.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 628.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): sale of knick knacks | $ 0.00 | $ 691.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 691.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 1,319.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 1,319.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    Todd F Hoernecke
         Alberta F Hoernecke                                          Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ____   No __X__ | | |
| b. Is property insurance included? | Yes ____   No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 350.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 190.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 356.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $    1,246.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   *RESIDES WITH HUSBAND'S MOTHER.

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 1,319.00 |
| b. | Average monthly expenses from Line 18 above | $ | 1,246.00 |
| c. | Monthly net income (a. minus b.) | $ | 73.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Todd F Hoernecke
      Alberta F Hoernecke                          Case No.

                                     Debtor(s)        Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
   38   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  July 17, 2009                  Signature   /s/ Todd F Hoernecke
                                                       Todd F Hoernecke
                                                           Debtor

Date  July 17, 2009                  Signature   /s/ Alberta F Hoernecke
                                                        Alberta F Hoernecke
                                                             Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Todd F Hoernecke
Alberta F Hoernecke
_____    Case No. _____
Debtor(s)     Chapter    7 _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Husband-2009 |
| $4,109.00 | 2008 |
| $8,667.00 | Wife-2009 |
| $14,759.00 | 2008 |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,287.46 | Received an IRA distribution on January 28, 2008 |
| $14,139.91 | Received an IRA distribution on June 24, 2008 |
| $15,150.00 | Received an IRA distribution on July 28, 2008 |
| $5,050.00 | Received an IRA distribution on September 23, 2008 |
| $4,040.00 | Received an IRA distribution on August 27, 2008 |
| $3,030.00 | Received an IRA distribution on November 11, 2008 |
| $3,635.00 | Received an IRA distribution on December 18, 2008 |
| $4,078.00 | Received an IRA distribution on March 3, 2009 |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jaeckle Wholesale, Inc. v. Hoernecke 2009 LM 190 | Suit to collect debt | Winnebago County Circuit Court | Judgment |
| Florstar Sales, Inc. v. Hoernecke 2009 L 35 | Suit to collect debt | Winnebago County Circuit Court | Judgment |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BALSLEY & DAHLBERG, LLP<br>5130 N. 2nd St.<br>Loves Park, IL 61111 | July 7, 2009 | $550.00 |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| ASSOCIATED BANK<br>1305 Main Street<br>Stevens Point, WI 54481-2830 | savings | no balance<br>August, 2008 |

5

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| T.H.P.D.L.S. d/b/a CARPET ONE FLOORING | 8325 | 5952 North Second Street Loves Park, IL 61111 | Flooring | June 1, 2000 to May, 2006 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   July 17, 2009          Signature   /s/ Todd F Hoernecke

                                            Todd F Hoernecke

                                            Debtor

Date   July 17, 2009          Signature   /s/ Alberta F Hoernecke

                                            Alberta F Hoernecke

                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Todd F Hoernecke
         Alberta F Hoernecke                                          Case No.
                                              Debtor(s)               Chapter      7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>NORTHWEST BANK OF ROCKFORD | **Describe Property Securing Debt:**<br>2001 Nissan Pathfinder |

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   July 17, 2009              Signature   /s/ Todd F Hoernecke
                                              Todd F Hoernecke
                                              Debtor


Date   July 17, 2009              Signature   /s/ Alberta F Hoernecke
                                              Alberta F Hoernecke
                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Todd F Hoernecke
      Alberta F Hoernecke
                            Debtor(s)

Case No. _____

Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 550.00 |
| Prior to the filing of this statement I have received | $ | 550.00 |
| Balance Due | $ | 0.00 |

2.   $ __299.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __July 17, 2009__

/s/ JEFFRY A. DAHLBERG
JEFFRY A. DAHLBERG
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593  Fax: (815) 877-7965
www.balsleylawoffice.com

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                                          Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| JEFFRY A. DAHLBERG | X  /s/ JEFFRY A. DAHLBERG | July 17, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
www.balsleylawoffice.com

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Todd F Hoernecke
Alberta F Hoernecke | X  /s/ Todd F Hoernecke | July 17, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X  /s/ Alberta F Hoernecke | July 17, 2009 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Todd F Hoernecke
_____ Alberta F Hoernecke _____        Case No. _____
                                            Debtor(s)        Chapter    7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 76

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  July 17, 2009 _____        /s/ Todd F Hoernecke _____
                                            Todd F Hoernecke
                                            Signature of Debtor

Date:  July 17, 2009 _____        /s/ Alberta F Hoernecke _____
                                            Alberta F Hoernecke
                                            Signature of Debtor

ACCOUNT RECOVERY SERVICE
5183 Harlem Road
Loves Park, IL 61111

ACCOUNTS RECEIVABLE MANAGEMENT
7507 North Second Street, Unit C
Machesney Park, IL 61115

ALL TILE
P.O. Box 809244
Chicago, IL 60680-9244

ALLIED BUSINESS ACCOUNTS, INC.
300 1/2 South Second Street
P.O. Box 1600
Clinton, IA 52733

AMERICAN OLEAN
805 Mark Street
Elk Grove Village, IL 60007

ARMSTRONG WORLD INC.
P.O. Box 3001
Lancaster, PA 17603

ASSOCIATED COLLECTORS, INC.
113 W. Milwaukee Street
P.O. Box 1039
Janesville, WI 53545

AT&T CREDIT MANAGEMENT
P.O. Box 80517
Charleston, SC 29416-0517

ATHLETIC WORLD
P.O. Box 8730
Fayetteville, AR 72703-0013

AUDIO ENGINEERING
5155 Torque Drive
Loves Park, IL 61111

BEAULIEU
Dept. 0896
Dallas, TX 75312-0896

BELMONDO
129 Seegers Avenue
Elk Grove Village, IL 60007


BYRON FEST
106 North Union
Byron, IL 61010-0405


CARPENTER COMPANY
P.O. Box 75252
Charlotte, NC 28275-0252


CARPET ART DECO
P.O. Box 2365 St. Patrick Street
Montreal Quebec H 3 K 1 B 3 Canada


CARPET ONE MARKETING
P.O. Box 790217
Saint Louis, MO 63179-0217


CARPET ONE ST. LOUIS
P.O. Box 790217
Saint Louis, MO 63179


CBA TIRE
P.O. Box 5948
Carol Stream, IL 60197-5948


CCA GLOBAL PARTNERS
P.O. Box 503855
Saint Louis, MO 63150-3855


CCS
24193 Newtwork Drive
Chicago, IL 60673-1241


CENTRAL SUPPLIES
P.O. Box 5267
Englewood, NJ 07631


COLOSSEUM STONE, INC.
16315 Hickory Circle
Sycamore, IL 60178

COMMONWEALTH EDISON COMPANY
Attention: Credit Department
2100 Swift Drive
Oak Brook, IL 60523


CRAIG CURRY & ASSOCIATES
P.O. Box 348
Plainfield, IL 60544-9614


CREDITORS' PROTECTION SERVICE
202 W. State St, 3rd Floor
P.O. Box 4115
Rockford, IL 61110


CRESCENT TRANS
P.O. Box 470
Astatula, FL 34705


DALYN RUG
P.O. Box 1031
Dalton, GA 30722


DANA ZURBUCHEN
485 Cross Country Road
Verona, WI 53593


DR. STILLWATER
11065 Raleigh Court
Machesney Park, IL 61115


ERICKSONS FLOORING
1013 Orchard Street
Ferndale, MI 48220


FLORSTAR SALES, INC.
c/o Attorney Shawn C. Fulbright
P.O. Box 1510
Rockford, IL 61110


FRIDH CORP.
111 South Alpine Road
Rockford, IL 61108

GREEN CHOICE FLOORING
6227 136th Avenue
Holland, MI 49424


GULISTAN
P.O. Box 651355
Charlotte, NC 28265-1355


HAPPY FLOORS
180 NW 183rd Street
Miami, FL 33169


HAROLD STERN
900 Fairview Road
Highland Park, IL 60035


HERREGAN
930 Surreyway
Cincinnati, OH 45245


HOLMSTROM & KENNEDY
800 N. Church Street
Belvidere, IL 61008


INDIANA INSURANCE
P.O. Box 2050
Keene, NH 03431


JAECKLE WHOLESALE INC.
Barrick Switzer Long Balsley & Van
6833 Stalter Dr., 1st Floor
Rockford, IL 61108


KANE CARPET
125 North Industrial Blvd.
Calhoun, GA 30701


KEY FINANCIAL SERVICES
5315 Wall Street, #170
Madison, WI 53718


L.W. MOUNTAIN HARD
1615 Dundee Avenue
Elgin, IL 60120

LARRY SHIELDS
1224 Windergreen Drive
Belvidere, IL 61008


LOCKWOOD FLOORING
8249 Brentwood Industrial Dist.
Saint Louis, MO 63144


LOVES PARK CHIRO
421 River Lane
Loves Park, IL 61111


MCGREEVY, JOHNSON & WILLIAMS, P.C.
P.O. Box 2903
Rockford, IL 61132-2903


MID AMERICA TILE
1650 Howard Street
Elk Grove Village, IL 60007


MILLIKEN
P.O. Box 7247-8959
Philadelphia, PA 19170


MOHAWK
P.O. Box 91157
Chicago, IL 60693-1157


NICOR GAS COMPANY
P.O. Box 549
Aurora, IL 60507


NORTHWEST BANK OF ROCKFORD
3106 North Rockton Avenue
Rockford, IL 61103


NOURISON
Newark P.O.
Newark, NJ 07193-5651


ON THE WATERFRONT
308 West State Street
Rockford, IL 61101

ORIENTAL WEAVERS
P.O. Box 740209
Atlanta, GA 30374-0209


PATRICK DELEHANTY
4407 East Open View Drive, #2653
Byron, IL 61010


PERSONAL CARE INSURANCE
P.O. Box 67103
Harrisburg, PA 17106-7103


PLAINUM MARKETING
1700 Qunicy Avenue
Naperville, IL 60540


PORTFOLIO RECOVERY
120 Corporate Boulevard
Norfolk, VA 23502


PORTOBELLO
255 Beinoris Drive
Wood Dale, IL 60191


QUEST SOFTWARE
P.O. Box 860
Sandy, UT 84091


R.M.S.
77 Hartland Street, Suite 401
P.O. Box 280431
East Hartford, CT 06128-0431


ROCK RIVER DISPOSAL
4002 South Main Street
Rockford, IL 61102-4664


ROCKFORD MERCANTILE AGENCY
2502 S. Alpine Road
Rockford, IL 61108


ROCKFORD REGISTER STAR
99 East State Street
Rockford, IL 61104

SHAW
12978 Collection Center Drive
Fond Du Lac, WI 54936-1029


SOCIETY INSURANCE
150 Camelot Drive
Fond Du Lac, WI 54936-1029


SUPERIOR LIQUIDATIONS
P.O. Box 370850
Reseda, CA 91337


SURFACE TRANSPLANT
P.O. Box 250806
Milwaukee, WI 53225-6512


TWIN CITY SUPPLY
P.O. Box 6011
Rockford, IL 61125


UNISORCE
7472 Collection Center Drive
Chicago, IL 60693


UNITED FLOORING
6201 Material Avenue
Loves Park, IL 61111


VILLAGE PROFILE
33 North Geneva Street
Elgin, IL 60120


VIRGINIA TILE
Drawer 5854
Detroit, MI 48279-5854


WILCOPP & GIOLITTO
415 South Mulford Road
Rockford, IL 61108


YELLOW PAGES INC.
P.O. Box 60007
Anaheim, CA 92812-6007